28 May 2022
David C. Thomas Jr.
Case No: 1:20-cv-18859-RMB-SAK

Currently House At:
Northern State Prison
P.O. Box 2300
Newark, NJ 07114

Dear Mr. Walsh,

I have enclosed a form 285 for each of the defendants in my case. Please let it be known I am now housed at Northern State Prison. I am in administrative segregation for the next 60 days (approximation). Upon my leaving "ad-seg", I will inform the court of my new address. Thank You.

Sincerely,
David C. Thomas Jr.
David C. Thomas Jr.

RECEIVED
JUN - 6 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK



David C. Thomas Jr — [inmate #]
Northern State Prison
P.O. Box 2300
Newark, NJ 07114

United States District Court
William T. Walsh, Clerk
Fourth and Cooper Street
Camden, NJ 08101

NEOPOST 06/02/2022 US POSTAGE $001.16⁰
ZIP 07114
041M11454838

RECEIVED JUN - 6 2022 AT 8:30 ___ M WILLIAM T. WALSH CLERK

08101$9999